Francesca A. Arcure
Buckley Madole, P.C.
99 Wood Avenue South, Suite 803
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@BuckleyMadole.com
 Attorneys for Movant

**Order Filed on January 17, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Selami E. Tasci aka Selami Ekrem Tasci, | Case No. 12-26613-VFP |
| Debtor. | Judge: Vincent F. Papalia |

**AGREED ORDER RESOLVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS**

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED**

**DATED: January 17, 2017**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page 2
Debtor: Selami E. Tasci aka Selami Ekrem Tasci
Case No.: 12-26613-MS
Caption of Order: **AGREED ORDER RESOLVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS**

The parties have resolved Debtor's treatment of the claim filed by Nationstar Mortgage LLC, with respect to real property located at 32 -34 Van Wagoner Ave, Clifton, New Jersey 07011, as follows and have consented to the entry of the within Order;

**ORDERED AS FOLLOWS:**

1. Debtor is post-petition delinquent five (5) payments due July 2016 through November 2016, each in the amount of $2,252.41 minus suspense of $375.10 for a total post-petition delinquency of $10,886.95.

2. Debtor to pay arrears in the amount of $10,886.95 over six (6) months by making five (5) equal monthly payments of $1,814.49 and one (1) monthly payment of $1,814.50 beginning in December 2016 in addition to Debtor's regular monthly payments.

3. Payments to resume timely and in full with the December 2016 payment.

4. If Debtor should default and fail to make future post-petition payments to Movant that come due during the pendency of this case for thirty (30) days from the due date, Movant's counsel may submit a certification of default and the Court may enter an Order vacating the automatic stay permitting Secured Creditor to proceed with its action against the real property known as 32 -34 Van Wagoner Avenue, Clifton, New Jersey 07011.

5. Debtor to pay attorney fees and costs for the motion for relief in the amount of $526.00 to be paid as an administrative claim through the plan.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 12-26613-VFP
Selami E. Tasci                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Jan 18, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2017.
db            +Selami E. Tasci,    32 Van Wagoner Avenue,    Clifton, NJ 07013-1528

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2017                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2017 at the address(es) listed below:
              Bruce H Levitt    on behalf of Debtor Selami E. Tasci blevitt@levittslafkes.com,
               sslafkes@levittslafkes.com;lspcattorneys@gmail.com
              Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Evan Maxwell Sampson    on behalf of Creditor    JPMORGAN CHASE BANK, N.A.
               Evan.Sampson@BuckleyMadole.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Melissa N. Licker    on behalf of Creditor    NATIONSTAR MORTGAGE LLC
               NJ_ECF_Notices@buckleymadole.com
              Ryan A. Gower    on behalf of Creditor    Nationstar Mortgage, LLC bkecf@milsteadlaw.com
                                                                                             TOTAL: 6