**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

   SELAMI E. TASCI

Order Filed on July 11, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  12-26613 VFP

Hearing Date:  7/6/2017

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: July 11, 2017**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor(s): SELAMI E. TASCI

Case No.: 12-26613

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

THIS MATTER having come before the Court on 07/06/2017 on notice to BRUCE LEVITT, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must pay off Chapter 13 case by 7/12/2017 or the case will be dismissed; and it is further

- ORDERED, that in the event an e-payment to the Trustee is reversed for any reason, the case will be dismissed without further hearings or notice to debtor(s) or debtor(s)' attorney

United States Bankruptcy Court
District of New Jersey

In re:
Selami E. Tasci
    Debtor

Case No. 12-26613-VFP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jul 11, 2017
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2017.
db           +Selami E. Tasci,    32 Van Wagoner Avenue,    Clifton, NJ 07013-1528

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2017 at the address(es) listed below:
         Bruce H Levitt     on behalf of Debtor Selami E. Tasci blevitt@levittslafkes.com, sslafkes@levittslafkes.com;lspcattorneys@gmail.com
         Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
         Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
         Evan Maxwell Sampson    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. Evan.Sampson@BuckleyMadole.com
         Francesca Ann Arcure    on behalf of Creditor    NATIONSTAR MORTGAGE LLC nj_ecf_notices@buckleymadole.com
         Marie-Ann Greenberg    magecf@magtrustee.com
         Melissa N. Licker    on behalf of Creditor    NATIONSTAR MORTGAGE LLC NJ_ECF_Notices@buckleymadole.com
         Ryan A. Gower    on behalf of Creditor    Nationstar Mortgage, LLC bkecf@milsteadlaw.com
                                                                                                             TOTAL: 8