| | | |
|---|---|---|
| **Information to identify the case:** | | |
| Debtor 1 | Selami E. Tasci | Social Security number or ITIN  xxx–xx–9108 |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:  12–26613–VFP | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Selami E. Tasci
aka Selami Ekrem Tasci

9/7/17

**By the court:** Vincent F. Papalia
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 12-26613-VFP
Selami E. Tasci                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2          Date Rcvd: Sep 07, 2017
                             Form ID: 3180W        Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 09, 2017.
```
db          +Selami E. Tasci,   32 Van Wagoner Avenue,   Clifton, NJ 07013-1528
cr          +JPMORGAN CHASE BANK, N.A.,   Maselli Warren, P.C.,   600 Alexander Road,   Suite 3-4A,
             Princeton, NJ 08540-6018
cr          +NATIONSTAR MORTGAGE LLC,   C/O Buckley Madole, P.C.,   99 Wood Avenue South, Suite 803,
             Iselin, NJ 08830-2713
513175428   +Aurora Bank Fsb,   10350 Park Meadows Dr St,   Littleton, CO 80124-6800
513473521    FIA Card Services NA as successor in interest to,   Bank of America NA (USA) and MBNA,
             America Bank NA,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
513175433   +Fein,  Such, Kahn & Shepard, P.C.,   7 Century Drive,   Suite 201,  Parsippany, NJ 07054-4673
516403022   +JPMorgan Chase Bank, N.A.,   Maselli Warren, P.C.,,   attention Evan Sampson,
             600 Alexander Road,   Princeton, NJ 08540-6018
513252817   +JPMorgan Chase Bank, N.A.,   c/o Maselli Warren, P.C.,   600 Alexander Road, Suite 3-4A,
             Princeton, NJ 08540-6018
513175434   +Maselli Warren, P.C.,   600 Alexander Road,   Princeton, NJ 08540-6018
513647963  ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
            (address filed with court: Nationstar Mortgage, LLC,   Bankruptcy Department,
             350 Highland Drive,   Lewisville, TX 75067)
513175435   +Natcreadj,   327 W 4th St,   Hutchinson, KS 67501-4842
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Sep 08 2017 01:21:35    U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 08 2017 01:21:33    United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
cr          +EDI: RECOVERYCORP.COM Sep 08 2017 01:03:00    Recovery Management Systems,   25 SE 2nd Avenue,
             Suite 1120,   Miami, FL 33131-1605
513175427    EDI: MERRICKBANK.COM Sep 08 2017 00:58:00    Advanta Bank Corp,   Po Box 844,
             Spring House, PA 19477
513485344    EDI: BANKAMER2.COM Sep 08 2017 01:03:00    FIA Card Services, N.A.,   PO Box 15102,
             Wilmington, DE 19886-5102
513175429   +EDI: BANKAMER2.COM Sep 08 2017 01:03:00    Bank Of America,   Po Box 1598,
             Norfolk, VA 23501-1598
513433589    EDI: STFC.COM Sep 08 2017 01:03:00    CACH, LLC,   4340 S. MONACO ST.,   2ND FLOOR,
             DENVER, CO 80237-3485
513175430   +EDI: STFC.COM Sep 08 2017 01:03:00    Cach Llc,   4340 S Monaco St Unit 2,
             Denver, CO 80237-3485
513175431   +EDI: CHASE.COM Sep 08 2017 01:03:00    Chase,   Po Box 15298,   Wilmington, DE 19850-5298
513449213   +EDI: CITICORP.COM Sep 08 2017 01:03:00    Citibank, N.A.,   701 East 60th Street North,
             Sioux Falls, SD 57104-0493
513190103    EDI: DISCOVER.COM Sep 08 2017 01:03:00    Discover Bank,   DB Servicing Corporation,
             PO Box 3025,   New Albany, OH  43054-3025
513175432   +EDI: DISCOVER.COM Sep 08 2017 01:03:00    Discover Fin Svcs Llc,   Po Box 15316,
             Wilmington, DE 19850-5316
514061995    EDI: RMSC.COM Sep 08 2017 01:03:00    GE Capital Retail Bank,
             c/o of Recovery Management Systems Corp,   25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
513282116    EDI: JEFFERSONCAP.COM Sep 08 2017 01:03:00    Jefferson Capital Systems LLC,   PO BOX 7999,
             SAINT CLOUD MN 56302-9617
513191855    EDI: MERRICKBANK.COM Sep 08 2017 00:58:00    Merrick Bank,   Resurgent Capital Services,
             PO Box 10368,   Greenville, SC 29603-0368
515338859    EDI: PRA.COM Sep 08 2017 00:58:00    Portfolio Recovery Associates, LLC,   POB 41067,
             Norfolk, VA 23541
515338860    EDI: PRA.COM Sep 08 2017 00:58:00    Portfolio Recovery Associates, LLC,   POB 41067,
             Norfolk, VA 23541,   Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk, VA 23541
                                                                                          TOTAL: 17
```

```
        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +NATIONSTAR MORTGAGE LLC,   C/O Buckley Madole, P.C.,   99 Wood Avenue South, Suite 803,
             Iselin, NJ 08830-2713
513463637*  ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
             (address filed with court: Nationstar Mortgage, LLC,   POB 619096,   Dallas, TX  75261-9741)
                                                              TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2          User: admin              Page 2 of 2          Date Rcvd: Sep 07, 2017
                             Form ID: 3180W            Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 7, 2017 at the address(es) listed below:
          Bruce H Levitt   on behalf of Debtor Selami E. Tasci blevitt@levittslafkes.com,
           sslafkes@levittslafkes.com;lspcattorneys@gmail.com
          Denise E. Carlon   on behalf of Creditor   Nationstar Mortgage, LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon   on behalf of Creditor   NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Evan Maxwell Sampson   on behalf of Creditor   JPMORGAN CHASE BANK, N.A.
           Evan.Sampson@BuckleyMadole.com
          Francesca Ann Arcure   on behalf of Creditor   NATIONSTAR MORTGAGE LLC
           nj_ecf_notices@buckleymadole.com
          Marie-Ann  Greenberg   magecf@magtrustee.com
          Melissa N. Licker   on behalf of Creditor   NATIONSTAR MORTGAGE LLC
           NJ_ECF_Notices@buckleymadole.com
          Ryan A. Gower   on behalf of Creditor   Nationstar Mortgage, LLC bkecf@milsteadlaw.com
                                                                              TOTAL: 8
```